**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA; STATE OF
DELAWARE; COMMONWEALTH OF
VIRGINIA; STATE OF MARYLAND;
STATE OF NEW YORK; STATE OF
ILLINOIS; STATE OF WASHINGTON;
STATE OF MINNESOTA; STATE OF
CONNECTICUT; DISTRICT OF
COLUMBIA; STATE OF NORTH
CAROLINA; STATE OF VERMONT;
STATE OF RHODE ISLAND; STATE OF
HAWAII,

     *Plaintiffs-Appellees*,

    v.

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES; U.S.
DEPARTMENT OF LABOR; R.
ALEXANDER ACOSTA, in his official
capacity as Secretary of the U.S.
Department of Labor; ALEX M.
AZAR II, Secretary of the United
States Department of Health and
Human Services; U.S. DEPARTMENT
OF THE TREASURY; STEVEN TERNER
MNUCHIN, in his official capacity as
Secretary of the U.S. Department of
the Treasury,

     *Defendants*,

No. 19-15072

D.C. No.
4:17-cv-05783-
HSG

and

THE LITTLE SISTERS OF THE POOR
JEANNE JUGAN RESIDENCE,
        *Intervenor-Defendant-Appellant.*

STATE OF CALIFORNIA; STATE OF
DELAWARE; COMMONWEALTH OF
VIRGINIA; STATE OF MARYLAND;
STATE OF NEW YORK; STATE OF
ILLINOIS; STATE OF WASHINGTON;
STATE OF MINNESOTA; STATE OF
CONNECTICUT; DISTRICT OF
COLUMBIA; STATE OF NORTH
CAROLINA; STATE OF VERMONT;
STATE OF RHODE ISLAND; STATE OF
HAWAII,
        *Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES; U.S.
DEPARTMENT OF LABOR; R.
ALEXANDER ACOSTA, in his official
capacity as Secretary of the U.S.
Department of Labor; ALEX M.
AZAR II, Secretary of the United
States Department of Health and
Human Services; U.S. DEPARTMENT
OF THE TREASURY; STEVEN TERNER
MNUCHIN, in his official capacity as

No. 19-15118

D.C. No.
4:17-cv-05783-
HSG

Secretary of the U.S. Department of the Treasury,
        *Defendants-Appellants*,

and

THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE,
        *Intervenor-Defendant.*

---

STATE OF CALIFORNIA; STATE OF DELAWARE; COMMONWEALTH OF VIRGINIA; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF ILLINOIS; STATE OF WASHINGTON; STATE OF MINNESOTA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF NORTH CAROLINA; STATE OF VERMONT; STATE OF RHODE ISLAND; STATE OF HAWAII,
        *Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of Labor; ALEX M. AZAR II, Secretary of the United States Department of Health and

No. 19-15150

D.C. No.
4:17-cv-05783-HSG

ORDER

Human Services; U.S. DEPARTMENT OF THE TREASURY; STEVEN TERNER MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury,

*Defendants*,

and

MARCH FOR LIFE EDUCATION AND DEFENSE FUND,

*Intervenor-Defendant-Appellant.*

On Remand from the United States Supreme Court

Filed October 8, 2020

Before:  J. Clifford Wallace, Andrew J. Kleinfeld, and Susan P. Graber, Circuit Judges.

Order

**ORDER**

On August 13, 2020, this court ordered the parties to address two issues.  First was the impact of the Supreme Court's opinion in *Little Sisters of the Poor Saints Peter and Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), on this case.  Second was whether this case should be remanded to the district court to apply the Supreme Court's opinion in the first instance.  The parties have filed their supplemental briefs.  The preliminary injunction is **VACATED**, and these related cases are **REMANDED** to the district court to apply the Supreme Court's opinion.